UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Cr No. 15-cr-20723
                                                      Hon. Matthew F. Leitman

v.
D-2    JELLIE VILLALON,

       Defendant.
_____/

**EX PARTE MOTION FOR PERMISSION TO TAKE A
LAPTOP INTO LIVINGSTON COUNTY JAIL
FOR PURPOSE OF REVIEWING DISCOVERY**

      NOW COMES the Defendant Jellie Villalon, by and through her attorney, William W. Swor, and moves this Honorable Court to enter an Order allowing counsel to take a laptop computer into Livingston County Jail for the purpose of reviewing Discovery, for the following reasons:

    1.    Counsel must review new discovery with Ms. Villalon.

    2.    The discovery is on electronic media.

    3.    Livingston County Jail, will not allow counsel to take a laptop computer into the facility without a court order.

WHEREFORE Defendant prays this Honorable Court enter an Order Allowing Permission to the Defendant's counsel to take a laptop computer and electronic media to the Livingston County Jail for the purpose of reviewing discovery material with Ms. Villalon.

        Respectfully submitted,

        s/William W. Swor
        WILLIAM W. SWOR(P21215)
        Attorney for Defendant
        645 Griswold, Suite 3060
        Detroit, Michigan 48226
        (313) 967-0200
        Email: wwswor@wwnet.net

Dated: January 13, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Cr No.15-CR-20723
                                            Hon. Matthew F. Leitman

v.

D-2    JELLIE VILLALON,

       Defendant.
_____/

\

## EX PARTE ORDER GRANTING PERMISSION TO TAKE A LAPTOP INTO LIVINGSTON COUNTY JAIL FOR PURPOSE OF REVIEWING DISCOVERY

Upon reading and filing the Ex Parte Motion for Permission to Take a Laptop into Livingston County Jail for Purpose of Reviewing Discovery, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that William W. Swor, counsel for Defendant Jellie Villalon, be allowed to take a laptop computer and electronic media into Livingston County Jail for the Purpose of Reviewing Discovery.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: January 13, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2016, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda  
                                          Case Manager  
                                          (313) 234-5113