UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 15-20723
                                           Hon. Matthew F. Leitman

v.

D2, JELLIE VILLALON,

      Defendant.

_____/

## ORDER DENYING DEFENDANT JELLIE VILLALON'S MOTION FOR REVOCATION OF DETENTION ORDER (ECF ## 32, 36)

On December 18, 2015, counsel for Defendant Jellie Villalon filed a Motion for Revocation of Detention Order (the "Motion"). (*See* ECF #32.) Counsel amended the Motion on December 22, 2015 (the "Amended Motion"). (*See* ECF #36.) The Court held hearings on the Motion and the Amended Motion on January 5, 2016, January 12, 2016, and January 15, 2016. For the reasons stated on the record at the January 15, 2016, hearing, **IT IS HEREBY ORDERED** that the Motion and the Amended Motion (ECF ## 32, 36) are **DENIED**.

                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated: January 15, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 15, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113